■ NED R. McDAVID et al., Appellants, v. MURRAY SARGENT, JR., Respondent, et al., Defendants.— Order, entered November 5, 1959, granting defendant-respondent's motion for summary judgment dismissing the third cause of action, unanimously reversed, on the law, with $20 costs and disbursements to the appellants, and the motion for summary judgment denied, with $10 costs. On this record there is at least a triable issue as to whether or not defendant-respondent made the alleged representations as to the rent roll. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ.

■ REVLON, INC., Respondent, v. HARRY WAGONFELD et al., Doing Business as WORLD MERCHANDISE EXCHANGE, Appellants. (And Seven Other Actions.) — Judgments appealed from unanimously modified, on the law and on the facts, so as to delete therefrom the item for damages and, as so modified, the judgments are affirmed, without costs to either party. These are separate appeals by eight defendants from separate judgments entered after trial. Since all involve the same questions, they are, for convenience, treated together. The judgments permanently enjoined the defendants from advertising and offering for sale certain commodities manufactured by the plaintiff and bearing its trade-mark. Judgment was entered against each defendant in the sum of $1,142.43, which sum included $500 counsel fee and a proportionate share of the sum of $5,139.47 damages allowed jointly against all defendants. It is clear from the record that the item of $5,139.47 was not incurred in any effort to minimize damages allegedly suffered by the plaintiff as a result of defendants' conduct. Nor are counsel fees properly allowable here (*Dunkel* v. *McDonald*, 272 App. Div. 267, 272, affd. 298 N. Y. 586; General Business Law, §§ 369-a, 369-b, 369-c). Settle order on notice. Concur — Botein, P. J., McNally, Stevens, Eager and Bastow, JJ. [19 Misc 2d 546.]

■ In the Matter of HENRY PAYSON, Appellant, v. JOSEPH J. CAPUTA, as State Rent Administrator, Respondent, and MEYER M. STOLLMACK, Intervenor-Respondent.— Order, entered January 19, 1960, dismissing landlord's petition in an article 78 proceeding, unanimously affirmed, with $20 costs and disbursements to the respondents. The court has carefully examined the minutes in the two hearings before the State Rent Administrator and finds that the hearing examiner in neither instance was guilty of any unfairness or inadequacy in the conduct of the proceeding. Indeed, any difficulties during the proceedings were caused by undue bickering between the lawyers for the landlord and the tenant. In consequence, the hearing examiner, particularly in the second and later proceedings, conducted not only a very fair hearing, but, considering the circumstances, exhibited a great deal of patience. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ In the Matter of YETTA ROSENGARTEN, as Administratrix, Appellant. SARAH BOKSER, Respondent.— Motion for an enlargement of time granted, insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.